(September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Dee Dee S. Chavers
6701 Rabbit Court
Waldorf, MD 20603

**SUMMONS IN A CIVIL CASE**

V.

Gordon H. Mansfield, Acting Secretary, Dep't of Veterans Affairs
50 Irving St., NW
Wash., DC 20422

CASE

Case: 1:07-cv-01911
Assigned To : Huvelle, Ellen S.
Assign. Date : 10/23/2007
Description: Employ. Discrim.

TO: (Name and address of Defendant)

Gordon H. Mansfield, Acting Secretary, Dep't of Veterans Affairs
50 Irving St., NW
Wash., DC 20422

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alan Lescht, Esq.
Alan Lescht & Assoc., PC
1050 17th St., NW, Suite 220
Wash., DC 20036

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    OCT 23 2007
CLERK                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 12/21/07 @ 1:15 PM |
| NAME OF SERVER *(PRINT)* Lorenzo Kenerson | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Kay Williams, Authorized Representative of Gordon H. Mansfield, Acting Secretary, Department of Veterans Affairs at 810 Vermont Avenue NW, Washington, DC 20571

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $75.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/21/07
                Date            Signature of Server

Washington Pre-Trial Services, Inc.
4626 Wisconsin Avenue NW #300
Washington, DC 20016
                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.