UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Dee Dee Chavers | * | Civ. Action No. 1:07-CV-1911 |
| | * | ESH |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| Gordan H. Mansfield, Secy, | * | |
| U.S. Dep't of Veterans Affairs | * | |
| | * | |
| Defendant. | * | |

AFFIDAVIT OF SERVICE

I, Ellen Lescht, declare under penalty of perjury that the following information is true and correct:

1. I am over the age of 18 and am not a party to the above entitled action.

2. I served the summons and complaint upon the defendant, by certified mail, return receipt requested, restricted delivery, addressed to defendant c/o the US Atty for DC on November 6, 2007. The return receipt is stapled below.

*[signature]*
Ellen Lescht

Sworn to before this 3 day of January, 2008.

*[signature]*
Notary public

MICHAEL J. DELOZ
NOTARY PUBLIC STATE OF
MY COMMISSION EXPIRES

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jeffrey Taylor
US Attorney for DC
441 4th Street, N.W.
Washington, DC
20530

2. Article Number (Transfer fro...) 7007 0220 0003 4106 9531

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

Dee Dee Chavers

A. Signature
X *[signature]*   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
NOV 0 6 2007   2007

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☑ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes