UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Dee Dee Chavers | * | Civ. Action No. 1:07-CV-1911 |
| | * | ESH |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| Gordan H. Mansfield, Secy, | * | |
| U.S. Dep't of Veterans Affairs | * | |
| | * | |
| Defendant. | * | |

AFFIDAVIT OF SERVICE

I, Ellen Lescht, declare under penalty of perjury that the following information is true and correct:

1. I am over the age of 18 and am not a party to the above entitled action.

2. I served the summons and complaint upon the defendant, by certified mail, return receipt requested, restricted delivery, addressed to defendant c/o the US Atty for DC on November 6, 2007. The return receipt is stapled below.

Ellen Lescht

Sworn to before this _3_ day of January, 2008.

Notary public

MICHAEL J. DELOZ
NOTARY PUBLIC STATE OF
MY COMMISSION EXPIRES

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jeffrey Taylor
US Attorney for DC
441 4th Street, N.W.
Washington, DC
20530

**COMPLETE THIS SECTION ON DELIVERY**

Dee Dee Chavers

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)
NOV 0 6 2007

C. Date of Delivery
2007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer fro   7007 0220 0003 4106 9531

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540