UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEE DEE S. CHAVERS,** ) | |
| ) | |
| **Plaintiff,** ) | C.A. No.: 07-1911 (ESH) |
| ) | |
| v. ) | |
| ) | |
| **GORDON MANSFIELD,** ) | |
| Acting Secretary, U.S. Department of ) | |
| Veteran's Affairs, ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE
RESPONSE TO PLAINTIFF'S COMPLAINT**

Defendant, by counsel, moves for a thirty day extension of time to file its response to plaintiff's complaint, pursuant to Federal Rule of Civil Procedure 6(b)(1)(B). The Court should grant this motion for the following reasons:

1. Although the complaint in this case was received by the U.S. Attorney's Office for the District of Columbia on November 7, 2007, it was placed under and attached to a complaint in a separate case as a result of administrative error.

2. As soon as the U.S. Attorney's Office became aware of service of this complaint, the case was assigned to undersigned cousel, who immediately prepared the instant motion for extension of time.

3. The failure to file a response to the complaint within sixty days of service was a result of excusable neglect.

4. It would be in the interests of justice to allow defendant an extension of time to file a

response to the complaint, and granting this extension would not result in any undue prejudice to plaintiff.

5. Plaintiff's counsel has consented to this request for a thirty day extension of time to file defendant's response.

WHEREFORE, for the above stated reasons, defendant, by counsel, moves that deadline for the filing of defendant's response to the complaint be extended thirty days, and that defendant's response is now due on February 6, 2008.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


_____/s/_____
ALEXANDER D. SHOAIBI D.C. Bar #423587
Assistant United States Attorney
555 4th St., N.W. Room E4218
Washington, D.C.  20530
202-514-7236

## CERTIFICATE OF SERVICE

I hereby certify that on this  18th  day of January, 2008, I caused the foregoing Motion for Extension of Time to File Defendant's Response to Complaint to be served on plaintiff's counsel through the electronic filing system.

                                   /s/
                              ALEXANDER D. SHOAIBI
                              Assistant United States Attorney

Case 1:07-cv-01911-ESH   Document 6   Filed 01/18/2008   Page 4 of 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEE DEE S. CHAVERS,** ) | |
| ) | |
| Plaintiff, ) | C.A. No.: 07-1911 (ESH) |
| ) | |
| v. ) | |
| ) | |
| **GORDON MANSFIELD,** ) | |
| Acting Secretary, U.S. Department of ) | |
| Veteran's Affairs, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**ORDER**

**UPON CONSIDERATION** of defendant's consent motion for extension of time to file defendant's response to plaintiff's complaint, and in the interests of justice, it is hereby

**ORDERED** that the motion is **GRANTED**, and that defendant's response to the complaint in this case is now due on or before February 6, 2008.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2008