UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEE DEE S. CHAVERS,<br><br>    Plaintiff,<br><br>v.<br><br>GORDON MANSFIELD,<br>Acting Secretary, U.S. Department of<br>Veteran's Affairs,<br><br>    Defendant. | C.A. No.: 07-1911 (ESH) |

**NOTICE OF ENTRY OF APPEARANCE**

The Clerk of Court will please enter the appearance of Assistant United States Attorney Alexander D. Shoaibi, as counsel for Defendant.

      /s/
ALEXANDER D. SHOAIBI D.C. Bar #423587
Assistant United States Attorney
555 4th St., N.W. Room E4218
Washington, D.C.  20530
202-514-7236

## CERTIFICATE OF SERVICE

      I hereby certify that on this __18th__ day of January, 2008, I caused the foregoing Notice of Appearance to be served on counsel for plaintiff Alan Lescht through the ECF system.

                                  /s/
                                ALEXANDER D. SHOAIBI
                                Assistant United States Attorney