## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEE DEE S. CHAVERS | ) | Civil Action No. 07-1911(ESH) |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GORDON H. MANSFIELD, | ) | |
| ACTING SECRETARY, | ) | |
| Department of Veterans Affairs, | ) | |
| | ) | |
| Defendant | ) | |

## JOINT MEET AND CONFER STATEMENT

Pursuant to Fed. R. Civ. P. 26(f), L.Cv.R. 16.3, and the Court's General Order and

Guidelines for Civil Cases (ECF) (the "General Order"), the parties, through their undersigned

counsel, hereby state that they conferred and reached the agreements set forth herein.  Pursuant to

the rules of this Court and the General Order, counsel submit this report and a proposed Scheduling

Order incorporating the parties' suggestions.

1.   Statement of the Case:

The Complaint alleges that Plaintiff, who is a employed as a Program Specialist at the

Department of Veterans Affairs Medical Center in Washington, D.C. was subjected to unlawful

sexual harassment when she was assaulted by another employee.  In addition, Plaintiff alleges that

Defendant discriminated against her in violation of the Rehabilitation Act and in reprisal for filing

an EEO complaint when it denied her several promotions.   Defendant denies Plaintiff's allegations

1

of discrimination, retaliation, and sexual harassment.

2.      Dispositive Motions

Plaintiff does not intend to file a dispositive motion.  Defendant plans to file a dispositive motion.

3.      Joinder and Amendment

The parties agree that third party pleadings and amended pleadings, if any, should be filed within 60 days after the entry of a Scheduling Order unless otherwise ordered by the Court for good cause shown.

4.      Magistrate Judge

The plaintiff consents to assignment of this case to a Magistrate Judge for all purposes. Defendant does not consent to assignment of this case to a Magistrate Judge for all purposes.

5.      Settlement

The parties consent to early mediation before a Magistrate Judge.

6.      ADR

The parties consent to early mediation before a Magistrate Judge.

7.      Dispositive Motions Schedule

The parties propose that any dispositive motions be filed no later than 45 days after the close of discovery; any opposition be filed within 30 days after the filing of the motion; and any reply be filed within 10 days after the filing of the opposition.

8.      Initial Disclosures

The parties agree to dispense with initial disclosures under FRCivP 26(a)(1).

9.      Extent of Discovery

The parties propose that fact discovery close four months after the date the Scheduling Order

is entered.  The parties agree that the limitations on discovery contained in F.R.Civ.P. 30, 33, & 34

should apply.

10.     Expert Witnesses

The parties recommend that the expert disclosures, if any, required by F.R.Civ.P.

26(a)(2) be made 60 days before the close of discovery; and that any rebuttal expert disclosure

be made 30 days thereafter.  Expert depositions, if any, are to be conducted within 30 after all

expert disclosures are completed.

11.     Class Action

This is not a class action lawsuit.

12.     Bifurcation

The parties do not seek bifurcation.

13.     Pre-trial Conference

The Pre-trial Conference should be scheduled by the Court following completion of

discovery.

14.     Trial Date

The parties agree that the date of trial (2 days) should be scheduled by the Court at the

pre-trial conference.

15.    Proposed Order

A proposed Scheduling Order is submitted herewith.

Date: March 6, 2008

Respectfully submitted,

_____/s/_____
Alan Lescht, DC Bar # 441691
Susan L. Kruger, DC Bar # 414566
Alan Lescht & Associates, P.C.
1050 17th Street, N.W.
Suite 220
Washington, DC  20036
202-463-6036
202-463-6067 (fax)
Counsel for the Plaintiff

_____/s/_____
JEFFREY A. TAYLOR, DC Bar #489610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____/s/_____
ALEXANDER D. SHOAIBI, DC Bar # #423587
Assistant United States Attorney
Judiciary Center Building – Civil Division
555 Fourth Street, N.W. -- Room E-4218
Washington, D.C. 20530
(202) 514-7236
Counsel for the Defendant

4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEE DEE S. CHAVERS | ) | Civil Action No. 07-1911(ESH) |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GORDON H. MANSFIELD, | ) | |
| ACTING SECRETARY, | ) | |
| Department of Veterans Affairs, | ) | |
| | ) | |
| Defendant | ) | |

## <u>SCHEDULING ORDER</u>

Upon consideration of the joint meet and confer report of the parties, it is hereby ORDERED as follows:

1. Third party pleadings and amended pleadings shall be filed within 60 days after the entry of this Order.

2. Any dispositive motions shall be filed no later than 45 days after the close of discovery, any opposition shall be filed within 30 days after service, and any reply shall be filed within 10 days after the opposition is filed.

3. Initial disclosures are not required.

4. Discovery shall close 120 days after the entry of this Order.

5. Expert disclosures shall be made 60 days before the close of discovery; and any rebuttal expert disclosure shall be made 30 days thereafter. Expert depositions, if any, are to be conducted within 30 days after all expert disclosures are completed.

6.  The pre-trial conference shall be set upon completion of discovery.

7.  The trial of this case shall be set at the pre-trial conference.

SO ORDERED on this ___ day of _____, 2008.


_____

Hon. Ellen S. Huvelle
United States District Judge