**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DEE DEE S. CHAVERS | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1911(ESH) |
| | ) | |
| GORDON H. MANSFIELD, | ) | |
| ACTING SECRETARY, | ) | |
| Department of Veterans Affairs, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION TO ENLARGE DISCOVERY PERIOD

The parties, through their undersigned counsel, hereby move for a 45 day enlargement of the period previously set for discovery in this case. Discovery presently closes on July 14, 2008, and the parties request an enlargement of discovery to August 28, 2008. The requested enlargement is merited for the following reasons:

1. Although the parties have engaged in written discovery, they have been unable to complete the taking of depositions because of vacation and work related travel of witnesses and undersigned counsel.

2. The requested enlargement will allow the parties to take the depositions required to prepare this case for briefing and for trial.

3. Other than this enlargement of the discovery period for the purpose of completing the taking of depositions, the parties request no other modification of the March 14, 2008 Scheduling Order (Docket #11).

4. The requested enlargement of discovery would be in the interests of justice.

Wherefore, the parties, by counsel, move that the period for discovery be enlarged from July 14, 2008 to August 28, 2008.

Date: June 23, 2008

Respectfully submitted,

_____/s/_____
Alan Lescht, DC Bar # 441691
Susan L. Kruger, DC Bar # 414566
Alan Lescht & Associates, P.C.
1050 17th Street, N.W.
Suite 220
Washington, DC  20036
202-463-6036
202-463-6067 (fax)
Counsel for the Plaintiff

_____/s/_____
JEFFREY A. TAYLOR, DC Bar #489610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____/s/_____
ALEXANDER D. SHOAIBI, DC Bar # #423587
Assistant United States Attorney
Judiciary Center Building – Civil Division
555 Fourth Street, N.W. – Room E-4218
Washington, D.C. 20530
(202) 514-7236
Counsel for the Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **DEE DEE S. CHAVERS** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 07-1911(ESH)** |
| | ) | |
| **GORDON H. MANSFIELD,** | ) | |
| **ACTING SECRETARY,** | ) | |
| **Department of Veterans Affairs,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

UPON CONSIDERATION of the parties' joint motion to enlarge discovery period, it is hereby

ORDERED that the motion is GRANTED.  Discovery in this case shall now close on August 28,

2008.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2008.