IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEE DEE S. CHAVERS** )<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**GORDON H. MANSFIELD,** )<br>**ACTING SECRETARY,** )<br>**Department of Veterans Affairs,** )<br>)<br>**Defendant.** ) | Civil Action No. 07-1911(ESH) |

**SECOND JOINT MOTION TO ENLARGE DISCOVERY PERIOD**

The parties, through their undersigned counsel, hereby move for an additional 45 day enlargement of the period previously set for discovery in this case. Discovery presently closes on August 28, 2008, and the parties request an enlargement of discovery to October 14, 2008. The requested enlargement is merited for the following reasons:

1. The parties have completed substantial discovery in this case. However, defendant's response to plaintiff's request for production of documents has necessitated plaintiff's taking additional depositions that cannot be scheduled prior to the present discovery cutoff.

2. In addition, one of defendant's 30(b)(6) designees also is not available for deposition until after the discovery cutoff.

3. The parties have been diligent in conducting discovery in this case, and the requested extension of the discovery cutoff is due to new information learned in recently obtained discovery and because of scheduling issues.

   4. The requested enlargement will allow the parties to complete the depositions required to prepare this case for briefing and for trial.

   5. The requested enlargement of discovery would be in the interests of justice.

Wherefore, the parties, by counsel, move that the period for discovery be enlarged from August 28, 2008 to October 14, 2008.

Date: August 19, 2008

                              Respectfully submitted,

                              _____/s/_____
                              Alan Lescht, DC Bar # 441691
                              Susan L. Kruger, DC Bar # 414566
                              Alan Lescht & Associates, P.C.
                              1050 17th Street, N.W.
                              Suite 220
                              Washington, DC  20036
                              202-463-6036
                              202-463-6067 (fax)
                              Counsel for the Plaintiff


                              _____/s/_____
                              JEFFREY A. TAYLOR, DC Bar #489610
                              United States Attorney

                              _____/s/_____
                              RUDOLPH CONTRERAS, DC Bar #434122
                              Assistant United States Attorney

                              _____/s/_____
                              ALEXANDER D. SHOAIBI, DC Bar # #423587
                              Assistant United States Attorney
                              Judiciary Center Building – Civil Division
                              555 Fourth Street, N.W. – Room E-4218
                              Washington, D.C. 20530
                              (202) 514-7236
                              Counsel for the Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DEE DEE S. CHAVERS** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1911(ESH) |
| | ) | |
| **GORDON H. MANSFIELD,** | ) | |
| **ACTING SECRETARY,** | ) | |
| **Department of Veterans Affairs,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

**UPON CONSIDERATION** of the parties' second joint motion to enlarge discovery period, it is hereby **ORDERED** that the motion is **GRANTED**. Discovery in this case shall now close on October 14, 2008.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2008.

Case 1:07-cv-01911-ESH    Document 14-2    Filed 08/20/2008    Page 2 of 2